# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

CHARLES WIGGS and
JUDY WIGGS,

                PLAINTIFFS,

 v.

NOVARTIS PHARMACEUTICALS
CORPORATION,

                DEFENDANT.

Case No. 09-00611 DSD-FLN

## DECLARATION OF YVONNE M. FLAHERTY IN SUPPORT OF PLAINTIFFS' BRIEF ON 28 U.S.C. § 1404(a) TRANSFER IN RESPONSE TO COURT'S *SUA SPONTE* ORDER

I, Yvonne M. Flaherty, being first duly sworn on oath, depose and state as follows:

1.    I am a partner at Lockridge Grindal Nauen P.L.L.P. and Counsel for Plaintiffs in the above-captioned matter.

2.    I submit this Declaration in Support of Plaintiffs' Brief on 28 U.S.C. § 1404(a) Transfer.

3.    Attached as Exhibit 1 is a true and correct copy of a Memorandum Opinion and Order dated October 12, 2010 in *Burnett v. DJO, et al.*, Court File 10-708 (PAM/JJK) (D. Minn.).

4.    Attached as Exhibit 2 is a true and correct copy of a March 1, 2011 Order in *Welch v. Wyeth LLC, et al.*, Court File 04-3973 (PAM) (D. Minn.).

481424.1

Dated:  April 25, 2014                                    s/   Yvonne M. Flaherty