# U.S. District Court
# U.S. District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:09–cv–00611–DSD–FLN

Wiggs et al v. Novartis Pharmaceuticals Corporation DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Senior Judge David S. Doty
Referred to: Magistrate Judge Franklin L. Noel
Demand: $75,000
Cause: 28:1332–pip–Diversity–Personal Injury, Product Liability

Date Filed: 03/16/2009
Date Terminated: 04/29/2014
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Charles Wiggs** represented by **Bart–NA T Valad**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J Vecchione**
Not Admitted
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yvonne M Flaherty**
Lockridge Grindal Nauen PLLP
100 Washington Ave S Ste 2200
Mpls, MN 55401–2179
(612) 339–6900
Email: flaheym@locklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judy Wiggs** represented by **Bart–NA T Valad**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John J Vecchione**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Yvonne M Flaherty**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Novartis Pharmaceuticals Corporation** | represented by | **James A O'Neal**<br>Faegre Baker Daniels LLP<br>90 S 7th St Ste 2200<br>Mpls, MN 55402–3901<br>612–766–7000<br>Fax: 612–766–1600<br>Email: james.oneal@faegrebd.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joe – NA G Hollingsworth**<br>Not Admitted<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Katharine – NA R Latimer**<br>Not Admitted<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lucas J Thompson**<br>Twin Cities Law Firm LLC<br>2812 Anthony Lane South, Suite 200<br>Mpls, MN 55418<br>612–466–0010<br>Fax: 612–437–4500<br>Email: lthompson@twincitiesfirm.com<br>*TERMINATED: 04/23/2009*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert – NA E Johnston**<br>Not Admitted<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2009 | Ï 1 | COMPLAINT against Novartis Pharmaceuticals Corporation (Filing fee $350 receipt number 4032660) assigned to Judge David S. Doty per Master List referred to Magistrate Judge Franklin L. Noel, filed by Charles Wiggs, Judy Wiggs. (Attachments: # 1 Civil Cover Sheet) (jz) DOCUMENT QC'd by KT on 3/19/09. (KT) (Entered: 03/17/2009) |
| 03/16/2009 | Ï | Summons Issued as to Novartis Pharmaceuticals Corporation. (jz) (Entered: 03/17/2009) |
| 04/06/2009 | Ï 2 | ANSWER to Complaint , *DEFENSES AND JURY TRIAL DEMAND* by Novartis Pharmaceuticals Corporation. (O'Neal, James) (Entered: 04/06/2009) |
| 04/06/2009 | Ï 3 | RULE 7.1 DISCLOSURE STATEMENT by Novartis Pharmaceuticals Corporation of Novartis Finance Corp., Novartis Corp., Novartis Holding, Novartis AG, as corporate parent and/or publicly held company. (O'Neal, James) (Entered: 04/06/2009) |
| 04/06/2009 | Ï 4 | CERTIFICATE OF SERVICE by Novartis Pharmaceuticals Corporation re 2 Answer to Complaint, 3 Rule 7.1 – Disclosure Statement (O'Neal, James) (Entered: 04/06/2009) |

| 04/22/2009 | 5 | NOTICE OF WITHDRAWAL/SUBSTITUTION OF COUNSEL regarding Lucas J. Thompson by Novartis Pharmaceuticals Corporation. (Attachments: # 1 Certificate of Service)(O'Neal, James) Modified text on 4/23/2009 (kt). (Entered: 04/22/2009) |
|---|---|---|
| 05/12/2009 | 6 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO–90), transferring case to the Middle District of Tennessee per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Todd J. Campbell. (akl) (Entered: 05/13/2009) |
| 05/13/2009 |  | NOTICE: the case has been transferred/extracted to the Middle District of Tennessee. (akl) (Entered: 05/13/2009) |
| 03/26/2014 | 7 | CERTIFIED COPY OF CONDITIONAL REMAND ORDER (Attachments: # 1 Docket from MD of TN, # 2 MDL 1760 Docket)(akl) (Entered: 03/26/2014) |
| 03/28/2014 | 8 | ORDER re: Briefing Transfer. Signed by Senior Judge David S. Doty on 3/28/2014. (CLB) (Entered: 03/28/2014) |
| 04/25/2014 | 9 | RESPONSE re 8 Order *Plaintiff's Brief on 28 U.S.C. § 1401(a) Transfer* filed by Charles Wiggs, Judy Wiggs. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Flaherty, Yvonne) (Entered: 04/25/2014) |
| 04/25/2014 | 10 | Declaration of Yvonne M. Flaherty in Support of 9 Response filed by Charles Wiggs, Judy Wiggs. (Attachments: # 1 Exhibit(s) 1 – 2)(Flaherty, Yvonne) (Entered: 04/25/2014) |
| 04/28/2014 | 11 | RESPONSE re 8 Order *Regarding Potential Venue Transfer* filed by Novartis Pharmaceuticals Corporation. (O'Neal, James) (Entered: 04/28/2014) |
| 04/29/2014 | 12 | ORDER that this action is transferred to the United States District Court for the Middle District of North Carolina(Written Opinion). Signed by Senior Judge David S. Doty on 4/29/2014. (PJM) (Entered: 04/29/2014) |