IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CHARLES WIGGS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | 1:14-CV-365 |
| | ) | |
| NOVARTIS PHARMACEUTICALS | ) | |
| CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This Order is entered as authorized by Federal Rule of Civil Procedure 26(f) and in the

Court's inherent authority to manage its docket. The Court has considered the joint submission

of the parties, (CM-ECF Doc. 23), and the arguments of counsel presented at a status conference

held on June 16, 2014. The parties have agreed on Bob Beason as mediator.

It is **ORDERED** that:

| | |
|---|---|
| June 27, 2014: | Plaintiffs shall supplement discovery responses as to facts and damages witnesses. |
| August 15, 2014: | Defendant's summary judgment motion on statute of limitations due. Brief is limited to twelve pages. |
| August 29, 2014: | Deadline for Initial Mediated Settlement Conference. |
| September 5, 2014: | Plaintiffs' response brief on statute of limitations motion due. Brief is limited to twelve pages. |
| September 19, 2014: | Defendant's reply brief on statute of limitations due. Brief is limited to five pages. |
| October 1, 2014: | Expert disclosure by plaintiffs, as agreed by the parties in their joint submission. (CM-ECF Doc. 23.) |

November 4, 2014:      Expert disclosure by defendant, as agreed by the parties in their joint submission.  (CM-ECF Doc. 23.)

December 1, 2014:      Deadline for Second Mediated Settlement Conference.

December 15, 2014:    Close of discovery.

January 2015:             Parties confer with the Clerk, clients, witnesses and each other about hearing date on dispositive/*Daubert* motions and firm trial date from dates the Court has available.

January 19, 2015:       Summary judgment motions and briefs due.  The parties should comply with the Local Rules page limits, which the Court does not expect to expand.

January 19, 2015:       *Daubert* motions, if any, and supporting briefs due.   If a party files a *Daubert* motion as to one expert, the brief in support and the brief in opposition are each limited to fifteen pages.  If a party files a *Daubert* motion for two or more experts, the moving party may file one brief addressing all experts or separate briefs for each expert, but total briefing in support is limited to twenty pages for two experts and twenty-five pages for three or more experts. Briefs in opposition are similarly limited.  Regardless of the number of experts, reply brief(s) are limited to five total pages.

February 17, 2015:     Briefs in opposition to summary judgment and related *Daubert* motions are due.

March 3, 2015:           Reply briefs on summary judgment/*Daubert* are due.

May 22, 2015:            Deadline for Third Mediated Settlement Conference.

Summer 2015:            Trial

Except as modified herein, the parties shall follow the deadlines and schedules set forth in the Federal Rules of Civil Procedure and the Local Rules.  While the Court has agreed to allow defendant to file an early summary judgment motion specific to the statute of limitations issue, the parties should not defer other discovery pending the Court's ruling on that motion, as

2

the Court intends to follow the schedule set out herein if summary judgment on the statute of limitations is denied.

The mediator shall schedule and hold at least three mediated settlement conferences, scheduled in his discretion no later than the deadlines set by this order. In his discretion, the mediator is authorized to conduct more conferences. The parties shall provide a copy of this Order to the mediator.

The Court likely will follow the Federal Rules of Civil Procedure and its Local Rules as to trial preparation matter such as witness lists, exhibits lists, and trial briefs. Once a trial date has been selected, the Court will supplement this Order to set additional dates for matters not covered by those rules or to modify those rules as needed.

This the 18th day of June, 2014.

UNITED STATES DISTRICT JUDGE